# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MATTHEW M. SCHROEDER**, | Case No. 3:25-cv-01126-IM |
| Plaintiffs, | **PARTIAL FINAL JUDGMENT** |
| v. | |
| **PORTLAND REVENUE DIVISION** and **PORTLAND METRO**, | |
| Defendants. | |

Based on the parties' Stipulated Motion for Judgment of Dismissal of Third Claim for Relief Only, ECF 38, pursuant to Federal Rule of Civil Procedure 54(b), **IT IS ADJUDGED** that Plaintiff's third claim for relief against Defendants is dismissed with prejudice. *See* First Amended Complaint, ECF 33 at 12. Because there is no just reason for delay, final judgment is hereby entered on this claim.

DATED this 18th day of March, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge